# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**R.Q. WARD, K.M. MCDONALD, D.J. SMITH**
**Appellate Military Judges**

**UNITED STATES OF AMERICA**

**v.**

**DWAYNE S. DRAYTON**
**ELECTRICIAN'S MATE SECOND CLASS (E-5), U.S. NAVY**

**NMCCA 201400085**
**GENERAL COURT-MARTIAL**

**Sentence Adjudged:** 5 Dec 2013.
**Military Judge:** CAPT Colleen M. Glaser-Allen, JAGC, USN.
**Convening Authority:** Commander, Navy Region Mid-Atlantic, Norfolk, VA.
**Staff Judge Advocate's Recommendation:** CDR S.J. Gawronski, JAGC, USN.
**For Appellant:** LtCol Richard Viczorek, USMCR.
**For Appellee:** Mr. Brian Keller, Esq.

**8 May 2014**

---------------------------------------------------------
## OPINION OF THE COURT
---------------------------------------------------------

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court

R.H. TROIDL
Clerk of Court